JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.Y., by and through his Parents and guardians at litem VANESSA HONORE and JADE YORKER,<br><br>Plaintiff<br><br>v.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | Case No. 2:26-cv-02873- JFW (ASx)<br><br>**ORDER DISMISSING CASE** |

Plaintiff O.Y., by and through his Parents and guardians ad litem Vanessa Honor and Jade Yorker, and Defendant Los Angeles Unified School District having filed a Joint Stipulation of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(ii), the Court rules as follows:

IT IS HEREBY ORDERED THAT this action is dismissed with prejudice as to Los Angeles Unified School District.

IT IS SO ORDERED.

Dated: November 20, 2026

Hon. John F. Walter
United States District Judge